UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                                   Case No. 09-20192
GHAZI MANNI et al.,                         Honorable Julian Abele Cook, Jr.

      Defendants.

## ORDER

Ghazi Manni, who is one of eight persons identified as Defendants in this criminal action, is charged with (1) one count of conspiring to influence sporting contests by bribery, 18 U.S.C. § 224(a), and (2) nineteen counts of an unlawful use of a facility in interstate commerce, 18 U.S.C. § 1952.

Currently before the Court is Manni's motion for the appointment of a secondary counsel whom he seeks to assist his retained counsel in the defense pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

In support of his request, Manni submits that a tremendous amount of time, effort, and technical assistance will be required to adequately prepare for and to conduct the trial in this case. He notes that (1) the twenty-nine page indictment includes twenty counts against him, and (2) in the course of the Government's three-year investigation of this case, hundreds of telephone calls were intercepted pursuant to a Title III wiretap. He also states that discovery in this case exceeds a thousand pages of documents. Although Manni has retained his current counsel, he states - and

has submitted a financial affidavit to demonstrate - that he lacks the financial means with which to pay for a second attorney whose services will be needed.

The Court concludes that, pursuant to *7A Guide to Judiciary Policy: Defender Services* § 230.53.20, the appointment of a secondary counsel (1) is necessary under the circumstances of this case, and (2) would be in the interest of justice in this difficult case. Accordingly, the Court appoints Kimberly W. Stout as the secondary counsel to assist in Manni's defense.

IT IS SO ORDERED.

S/Julian Abele Cook
JULIAN ABELE COOK
UNITED STATES DISTRICT JUDGE

Dated: August 20, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 20, 2012, by electronic and/or ordinary mail.

S/Lisa Wagner for KaMyra Doaks
Case Manager and Deputy Clerk
(313) 234-5100